IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00041-PAB-MJW

ARCHANGEL DIAMOND CORPORATION LIQUIDATING TRUST,

Plaintiff,

v.

OAO LUKOIL,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Plaintiff's Unopposed Motion to Vacate the Status Conference (docket no. 57) is GRANTED finding good cause shown.  The Status Conference set on July 6, 2012, at 2:00 p.m. is VACATED.  The parties shall file a joint written Status Report with the court on the first day of each month beginning August 1, 2012, until Judge Brimmer rules on Defendant's Motion to Dismiss (docket no. 29).

Date: July 5, 2012