**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

Courtroom Deputy: Nick Richards          Date: November 19, 2013
Court Reporter: Tammy Hoffschildt

**CASE NO. 12-cv-00041-RM-MJW**

| Parties | Counsel |
|---|---|
| ARCHANGEL DIAMOND CORPORATION LIQUIDATING TRUST, | Bruce Samuel Marks<br>Chad Michael McShane |
| Plaintiff, | |
| v. | |
| OAO LUKOIL, | Douglas B. Tumminello<br>Frederick J. Baumann |
| Defendant. | Michael K. Swan |

**COURTROOM MINUTES**

**ORAL ARGUMENT**
**COURT IN SESSION**: **8:59 a.m.**
Court calls case. Appearances of counsel.

Oral Argument called regarding Defendant's Motion to Dismiss [Doc. No. 29, filed March 22, 2012].

Discussion regarding the savings clause and Fed. R. Civ. P. 4(k)(2).

**COURT IN RECESS: 10:35 a.m.**
**COURT IN SESSION: 10:49 a.m.**

10:49 a.m.     Oral argument by Mr. Baumann and remarks by the Court.

11:50 a.m.     Oral argument by Mr. Marks.

**COURT IN RECESS: 11:56 a.m.**

**COURT IN SESSION: 1:15 p.m.**

Further discussion regarding Fed. R. Civ. P. 4(k)(2).

1:26 p.m.     Continued oral argument by Mr. Marks and remarks by the Court.

**COURT IN RECESS**: **3:05 p.m.**
**COURT IN SESSION: 3:14 p.m**

3:15 p.m.     Response by Mr. Baumann.

**ORDERED**:   Defendant's Motion to Dismiss [29] **TAKEN UNDER ADVISEMENT**.

**COURT IN RECESS: 3:32 p.m.**
**Total in court time**: **04:51**
**Hearing concluded**